HERMAN L. BITTERMAN, Respondent, *v.* LOUIS SCHULMAN, Appellant.

Argued May 22, 1944; decided June 14, 1944.

*Frederick E. Crane, Edward V. Conwell* and *Nathan H. Stone* for appellant.

*Meyer Alterman* and *Louis V. Rivera* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.